## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:07CR312** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **MARIO CANTU-GALAVIZ,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge Gallas' Report and Recommendation that the Court ACCEPT Defendant Mario Cantu-Galaviz's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 21).

On May 24, 2007, the government filed an information against Defendant. (Dkt. #12). On May 30, 2007, this Court issued an order assigning this case to Magistrate Judge James S. Gallas for the purpose of arraignment and receiving Defendant's guilty plea. (Dkt. # 16). Defendant waived indictment. (Dkt. # 19).

On June 18, 2007, a hearing was held in which Defendant entered a plea of guilty to Counts 1 and 2 of the information, bribing a public officer and possession of contraband in prison, in violation of 18 U.S.C. §§ 201(b)(1) and 1791(a)(2). Magistrate Judge Gallas received Defendant's guilty plea and issued a Report and

Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 21).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts 1 and 2 in violation of 18 U.S.C. §§ 201(b)(1) and 1791(a)(2). The sentencing will be held on October 10, 2007, at 10:00 a.m.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - October 10, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**